

# Fourth Court of Appeals
## San Antonio, Texas

October 21, 2020

No. 04-20-00107-CV

Douglas **HEDRICK** and Mark Hedrick,
Appellants

v.

**JBRF, LLC**, Lonestar Handgun, LLC, and Joshua Felker,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-00267
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

JBRF LLC, LoneStar Handgun LLC, and Joshua Felker's second motion for an extension of time is GRANTED. Their brief is due on or before **November 16, 2020**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of October, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court